**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUL 19 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 16-30089-DRH |
| BILLY EVANS, | ) ) | Title 18, United States Code, |
| Defendant. | ) | Section 113(a)(3). |

## INDICTMENT

### THE GRAND JURY CHARGES:

**ASSAULT WITH A DANGEROUS WEAPON WITH THE INTENT TO DO BODILY INJURY**

On or about July 6, 2016, in Bond County, Illinois, within the Southern District of Illinois,

**BILLY EVANS,**

defendant herein, at a place within the territorial jurisdiction of the United States, namely, the federal correctional institution at Greenville, Illinois, commonly known as FCI-Greenville, on land acquired for the use of the United States and under its concurrent jurisdiction, intentionally assaulted A.M. with a dangerous weapon with the intent to do bodily harm to A.M.; all in violation of Title 18, United States Code, Section 113(a)(3).

**A TRUE BILL**

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_[signature]_
DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention